IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HILDA L. SOLIS, Secretary of )
Labor, United States )
Department of Labor )
 )
    Petitioner, )
 )
v. ) CASE NO. CV412-192
 )
QUINLAN ENTERPRISES and JOHN )
H. QUINLAN, )
 )
    Respondents. )

## ORDER

The Court has been notified by Petitioner of Respondents' compliance with the Court's Order dated August 1, 2012. (Doc. 7.) Accordingly, the civil action has been resolved. As a result, this action is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case and to forward a copy of this order to: John H. Quinlan, President, Quinlan Enterprises, 514 Mary Lee Street, P.O. Box 32, Claxton, Georgia 30417.

SO ORDERED this 15th day of August 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA